

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00065-CV

Loretta **WANG**,
Appellant

v.

**THE UNIVERSITY OF TEXAS AT AUSTIN**,
Appellee

From the 200th District Court, Travis County, Texas
Trial Court No. D-1-GN-11-000577
The Honorable Orlinda L. Naranjo, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. Costs of the appeal are taxed against appellant Loretta Wang.

SIGNED October 9, 2013.

_____
Rebeca C. Martinez, Justice